# United States District Court
# Southern District of Texas
# Houston Division

## Supplemental Civil Cover Sheet for Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information**:

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | 334th Judicial District Harris County, Texas | 2019-19904 |

2. **Style of the Case:**

   *Jacolby Moore v. Fitness International, LLC*

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code.)

   **Party and Party Type**

   **Plaintiff:**　　　　　　　　　　　　　**Attorney(s):**
   *Jacolby Moore*　　　　　　　　　　　Mr. Kenneth R. Baird
   　　　　　　　　　　　　　　　　　　　State Bar No. 24036172
   　　　　　　　　　　　　　　　　　　　Email:  kbaird@bairdlawfirm.net

   　　　　　　　　　　　　　　　　　　　THE BAIRD LAW FIRM
   　　　　　　　　　　　　　　　　　　　2323 South Voss Road, Suite 325
   　　　　　　　　　　　　　　　　　　　Houston, Texas  77057
   　　　　　　　　　　　　　　　　　　　713/783-1113 (office)
   　　　　　　　　　　　　　　　　　　　281/677-4227 (telecopier)

|  |  |
|---|---|
| **Defendant:**<br>*Fitness International, LLC* | **Attorney(s):**<br>Douglas D. Fletcher<br>State Bar No. 07139500<br>Email: doug.fletcher@fletcherfarley.com<br><br>Jeffrey D. Smith<br>State Bar No. 24063008<br>Email: jeffrey.smith@fletcherfarley.com<br><br>FLETCHER, FARLEY, SHIPMAN, SALINAS, L.L.P.<br>9201 N. Central Expressway, Suite 600<br>Dallas, Texas 75231<br>(214) 987-9600 (office)<br>(214) 987-9866 (telecopier) |

3. **Jury Demand:**

   | Was a Jury Demand made in State Court? | Yes |
   |---|---|
   | If "Yes," by which party and on what date? | Plaintiff<br>on March 19, 2019 |

4. **Answer:**

   | Was an Answer made in State Court? | Yes |
   |---|---|
   | If "Yes," by which party and on what date? | Defendant<br>On April 3, 2019 |

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | **Party** | **Reason(s) for No Service** |
   |---|---|
   | N/A | |

6. **Nonsuited, Dismissed, or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | **Party** | **Reason** |
   |---|---|
   | N/A | |

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

| **Party** | **Claim(s)** |
|---|---|
| **Plaintiff:**<br>*Jacolby Moore* | Plaintiff asserts personal injury claims against Defendant based on an alleged premises defect while Plaintiff was working as a lifeguard on December 9, 2018. |
| **Defendant:**<br>*Fitness International, LLC* | Defendant does not seek any affirmative relief. |

Respectfully submitted,

**FLETCHER, FARLEY, SHIPMAN & SALINAS, L.L.P.**

BY:  */s/Douglas D. Fletcher*
**DOUGLAS D. FLETCHER**
State Bar No. 07139500
Email: doug.fletcher@fletcherfarley.com
**JEFFREY D. SMITH**
State Bar No. 24063008
Email: jeffrey.smith@fletcherfarley.com
9201 N. Central Expressway, Suite 600
Dallas, Texas 75231
(214) 987-9600 (office)
(214) 987-9866 (telecopier)

**ATTORNEYS FOR DEFENDANT FITNESS INTERNATIONAL, LLC d/b/a LA FITNESS**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing instrument was electronically filed via the Court's CM/ECF system and a true and correct copy of same was delivered to all counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on this the 8th day of April 2019.

*/s/Douglas D. Fletcher*
**DOUGLAS D. FLETCHER**